**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

TYSON DOOLEY,

      Plaintiff,

      v.

ACCURATE BACKGROUND, INC.,

      Defendant.

Case No.: 2:26-cv-02042-JWB-GEB

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that John W. Drury be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate. Dated this 4th day of June, 2026.

Respectfully submitted,

POLSINELLI PC

By: */s/ Courtney Klaus*
    Mark A. Olthoff              (KS #28410)
    Courtney Klaus         (D. Kan. 79146)
    900 W. 48th Place, Suite 900
    Kansas City, MO 64112
    Telephone: (816) 753-1000
    Facsimile: (816) 753-1536
    molthoff@polsinelli.com
    cklaus@polsinelli.com

111496263.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Courtney Klaus*
Courtney Klaus

2

111496263.1