**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

|  |  |  |
|---|---|---|
| **TYSON DOOLEY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Case No.   2:26-cv-2042-JWB-GEB |
| | ) | |
| **ACCURATE BACKGROUND, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF CASE RESOLUTION

The Plaintiff, Tyson Dooley, hereby informs the Court that the parties have reached an agreement in principle to resolve Plaintiff's claims against the Defendant. The parties anticipate that they may need 60 days to finalize their agreement and file a notice of dismissal. The Plaintiff respectfully request that the Court stay all pending deadlines in this matter for 60 days.

Dated:    June 5, 2026

Respectfully submitted,

By: /s/ C. Jason Brown
Charles Jason Brown KS 70700
C. Jason Brown & Associates LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-424-1390
Fax: 816-424-1337
brown@brownandwatkins.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 5, 2026, I electronically submitted the foregoing by ECF to all counsel of record.

/s/ *C. Jason Brown*
Attorney for Plaintiff